# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| AARON MICHAEL UHL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STAN SNIFF,<br><br>　　　　　Respondent. | No. ED CV 17-77-FMO (PLA)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the magistrate judge's report and recommendation. The Court accepts the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is accepted.
2. Respondent's Motion to Dismiss is granted.
3. Judgment shall be entered consistent with this order.
4. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: June 21, 2017　　　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　　　　HONORABLE FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE