**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| AARON MICHAEL UHL,<br><br>          Petitioner,<br><br>    v.<br><br>STAN SNIFF,<br><br>          Respondent. | No. ED CV 17-77-FMO (PLA)<br><br>**JUDGMENT** |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: June 21, 2017                                                         /s/

                                                                               HONORABLE FERNANDO M. OLGUIN<br>
                                                                                  UNITED STATES DISTRICT JUDGE